### 37875. BROWN et al. v. GALLOWAY et al.

Judgment affirmed without opinion pursuant to Rule 59 of this court.

*All the Justices concur, except Weltner, J., not participating.*

DECIDED NOVEMBER 13, 1981 — REHEARING DENIED NOVEMBER 25, 198

*Johnson & Montgomery, Albert Sidney Johnson, Benning M. Grice, Jr., Davis, Davidson & Hopkins, Jack S. Davidson,* for appellants.

*Butterworth & Verdery, Winslow H. Verdery, David C. Jones, Jr.,* for appellees.